PEOPLE v WILLINGHAM. Appeal from Recorder's Court of Detroit, Elvin L. Davenport, J. Submitted Division 1 February 29, 1972, at Grand Rapids. (Docket No. 11472.) Decided March 30, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Oliver C. Nelson,* for defendant on appeal.

Before: HOLBROOK, P. J., and FITZGERALD and T. M. BURNS, JJ.

MEMORANDUM OPINION. Defendant was originally charged with armed robbery, MCLA 750.529; MSA 28.797, and pleaded guilty to assault with intent to commit robbery, being armed, MCLA 750.89; MSA 28.284. He was sentenced to imprisonment for a term of 5 to 15 years and appeals.

An examination of the record and briefs discloses no prejudicial error.

Affirmed on the authority of *People* v *Godsey,* 35 Mich App 399 (1971), without prejudice to defendant to file a motion to vacate the plea and to proceed to trial in the lower court.